UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAZI,

            Plaintiff,

   v.

WARDEN,

            Defendant.

Case No. 24-cv-03909-JSW

**ORDER OF DISMISSAL**

On June 28, 2024, Plaintiff, a federal prisoner proceeding pro se, mailed a letter to the court regarding the conditions of her confinement. That same day, the Clerk notified Plaintiff that she needed to file a complaint and either pay the filing fee or file an application to proceed in forma pauperis ("IFP") within 28 days. The Clerk also mailed to Plaintiff ac form complaint, a form IFP application, instructions, and a stamped return envelope. In the notices, Plaintiff was informed that the case would be dismissed unless she filed a complaint and either paid the fee or filed a completed IFP application before the deadline. The deadline has passed, and no response from Plaintiff has been received. This case is DISMISSED without prejudice, and no fee is due.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 4, 2024

JEFFREY S. WHITE
United States District Judge